# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL WILLIAMS,<br>Petitioner<br>v.<br>DON BARNES, et al.,<br>Respondents. | Case No. 8:19-cv-00733-FMO (GJS)<br><br>JUDGMENT |

Pursuant to the Court's Order Dismissing This Action Without Prejudice Pursuant to Petitioner's Request,

IT IS ADJUDGED that the above-captioned case is dismissed without prejudice.

DATED: July 22, 2019

_____/s/_____
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE